# United States District Court

## For the Western District of Pennsylvania

KRISTINA LEONARD
                                                :
                                                :
                                                :   No.  04-254J
               Plaintiff         :
                                                :
       VS.                                 :
COOPER TOOLS                    :
                                                :
                                                :
                                                :
               Defendant       :

Hearing on   Telephone Conference
Date   May 13, 2009     11:30 a.m.

**BEFORE MAGISTRATE JUDGE KEITH A. PESTO**

Don Palermo, Esq.                Christine Boyd, Esq.
  Appear for Plaintiff              Appear for Defendant

Hearing Begun  11:30 a—              Hearing Adjourned To
Hearing Concluded C.A.V.  11:45         Stenographer

Counsel to meet Friday 6/5 @ 10a— for further discussions now that WC case is resolved.

WITNESSES:

FOR PLAINTIFF                              FOR DEFENDANT