IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KRISTINA LEONARD, individually, :
and as executrix of the Estate :
of Paul P. Leonard, deceased, :
and as guardian of Casey :
Leonard, a minor, :
           Plaintiff, :
     v. : Case No. 3:04-cv-254-KRG-KAP
COOPER INDUSTRIES, LTD., COOPER :
TOOLS, INC., COOPER HANDTOOLS, :
COOPER TOOLS, INC., a division :
of Cooper Industries, Ltd., and :
COOPER HANDTOOLS, a division of :
Cooper Industries, Ltd., :
           Defendants :

**ORDER**

After discussions on Wednesday, May 13, 2009, counsel have reported this matter settled. Because the only action remaining to be undertaken in court would be the filing of a stipulation of dismissal, the Clerk can mark this matter closed for administrative purposes, without prejudice to any party filing any appropriate motion in the event further action is necessary. The Court retains jurisdiction to enforce any settlement agreement and any matters ancillary thereto.

DATE: May 15, 2009

_____
Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record