IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KRISTINA M. LEONARD, as Exexutrix of
the Estate of PAUL P. LEONARD, deceased,
and KRISTINA M. LEONARD, Individually,
and as mother and legal guardian of CASEY
LEONARD, a minor

**CIVIL ACTION
NO. 04-254-J**

v.

COOPER INDUSTRIES, LTD., and COOPER
TOOLS, INC., and COOPER HANDTOOLS,
and COOPER TOOLS, INC., a Division of
COOPER INDUSTRIES, LTD., and COOPER
HANDTOOLS, a Division of COOPER
INDUSTRIES, INC.

### STIPULATION OF DISMISSAL

The Plaintiff, Kristine Leonard, individually and as executrix of the Estate of Paul P. Leonard, Deceased, by and through his attorneys, Hannon & Palermo, P.C., and Defendants, Cooper Industries, LTD., and Cooper Tools, inc., and Cooper Handtools, and Cooper Tools, Inc., a Division of Cooper Industries, LTD., and Cooper Handtools, a Division of Cooper Industries, Inc, by and through their attorneys, Christine O. Boyd, Esquire, Lavin, O'Neil, Ricci, Cedrone & Disipio hereby stipulate and agree that Plaintiff and Defendants have settled this matter and this action may be dismissed, with prejudice and without costs.

HANNON & PALERMO, P.C.

*/s/ Don P. Palermo*

DON P. PALERMO, ESQUIRE
The Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA  19106
(215) 446-4460
Attorney for Plaintiff

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

*/s/ Christine O. Boyd*

CHRISTINE O. BOYD, ESQUIRE
190 N. Independence Mall West
6th & Race Streets
Philadelphia, PA  19106
(215) 627-0303
Attorney for Defendant