IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTINA M. LEONARD, as Executrix of the Estate of PAUL P. LEONARD, deceased, and KRISTINA M. LEONARD, Individually, and as mother and legal guardian of CASEY LEONARD, a minor,<br><br>          *Plaintiff,*<br><br>v.<br><br>COOPER INDUSTRIES, LTD.,<br>     and<br>COOPER TOOLS INC.,<br>     and<br>COOPER HANDTOOLS,<br>     and<br>COOPER TOOLS INC., a Division of COOPER INDUSTRIES, LTD.<br>     and<br>COOPER HANDTOOLS, a Division of COOPER INDUSTRIES, LTD.<br><br>          *Defendants.* | CIVIL ACTION<br><br>NO. 04-254J |

## ORDER

AND NOW, this 25th day of August, 2009 upon consideration of the Petition for Approval of Minor's Compromise Pursuant to Local Rule 17.1, it is hereby ORDERED and DECREED, that said Petition is GRANTED. It is further ORDERED and DECREED that the

settlement proceeds be distributed as follows:

| | |
|---|---|
| Kristina M. Leonard | $16,634.75 |
| Casey Leonard | $16,634.75 |
| Hannon & Palermo, P.C. for costs | $17,407.48 |
| Hannon & Palermo, P.C. for attorney's fees (reduced from $46,666.66) | $33,269.50 |
| PMA Insurance Company (reduced from $83,400.00) | $56,000.00 |

It is further ORDERED and DECREED that the proceeds distributed to Casey Leonard will be deposited into a savings account by his mother, Kristina Leonard, in his name. The account will be restricted until Casey Leonard attains majority, or upon a prior Order of the Court.

BY THE COURT:

Kim R. Gibson, J.